MARTIN D. HOLLY (SBN 201421)
ANNEMARIE MCDOWELL (SBN 229349)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**              JS-6
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, **TARGET CORPORATION**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EVELINA GRIGORIAN, | **CASE NO.: CV14-02369 JFW (RZx)** |
| Plaintiff, | **STATE CASE NO. : BC520496** |
| vs. | |
| TARGET CORPORATION, and DOES 1 to 20, inclusive, | ORDER RE STIPULATION OF DISMISSAL |
| Defendants. | Complaint Filed: 09/05/2013<br>Trial Date: |

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear his, her, its own fees and costs, including, but not limited to, attorney's fees, experts' fees, and any other costs with litigation.

IT IS SO ORDERED.

Dated: April 24, 2014                              _____
                                                                    HON. JOHN F. WALTER

-1-
S:\JFW\CIVIL CASES\Grigorian, Evelina 14-2369\LA14CV2369-JFW-O js6.wpd
ORDER RE STIPULATION OF DISMISSAL